JAMES E. GARNER, Respondent, *v.* BENJAMIN F. THOMAS et al., Appellants.

*Garner* v. *Thomas*, 144 App. Div. 931, affirmed.
(Submitted November 21, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 2, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for subrogation.

*Wilford H. Smith* for appellants.

*Edward A. Isaacs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.